UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EARL FOSTER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>C.D.C.R., et al.,<br><br>　　　　　Defendants.<br>_____ | Case No. CV 15-6543-DMG (KK)<br><br>ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, original Report and Recommendation of the United States Magistrate Judge, Final Report and Recommendation of the United States Magistrate Judge, and all relevant records. The Court has engaged in a de novo review of those portions of the original Report and Recommendation to which Plaintiff objected. The Court accepts the final findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: January 12, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE