JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES EARL FOSTER,                    )   Case No. CV 15-6543-DMG (KK)
                                      )
                   Plaintiff,         )
                                      )   JUDGMENT
            v.                        )
                                      )
C.D.C.R., et al.,                     )
                                      )
                   Defendants.        )
                                      )
                                      )
_____      )

   Pursuant to the Order Accepting Final Findings and Recommendation of

United States Magistrate Judge,

   IT IS HEREBY ADJUDGED this action is dismissed without prejudice.

DATED: January 12, 2016      _____
                                   DOLLY M. GEE
                             UNITED STATES DISTRICT JUDGE